| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leighton, Ronald B | U.S. District Court | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 1717 Pacific Avenue Tacoma, WA 98402-3241 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Burgess & Fitzer |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT #2 | | | | | | | | | |
| 2. -Alberto Culver Co (common) | | Dividend | J | T | | | | | |
| 3. Boeing Co. (common) | A | Dividend | J | T | | | | | |
| 4. -Bristol-Myers Squibb Co. (common) | A | Dividend | J | T | | | | | |
| 5. -Cisco Systems (common) | | None | K | T | | | | | |
| 6. -Conocophillips (common) | | Dividend | K | T | | | | | |
| 7. -Corning Inc. (common) | | None | J | T | | | | | |
| 8. -CSX Corp. (common) | A | Dividend | K | T | | | | | |
| 9. -Intel Corp. (common) | A | Dividend | K | T | | | | | |
| 10. -Lucent Tech. (common) | | None | | T | Merged | 12/1 | J | | Merged into Alcatel Lucent |
| 11. -Maytag Corp. (common) (now Whirlpool) | A | Dividend | J | T | Merged | 4/4 | J | | Merged into Whirlpool |
| 12. -Sprint Nextel Comm | A | Dividend | J | T | | | | | |
| 13. -Qwest Comm. (common) | | None | J | T | | | | | |
| 14. - AT&T | A | Dividend | J | T | | | | | |
| 15. -Verizon Comm. (common) | A | Dividend | J | T | | | | | |
| 16. -Wash Mutual Inc. (common) | A | Dividend | J | T | | | | | |
| 17. -Kinder Morgan Energy Partners | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Briggs & Stratton Corp. | A | Dividend | J | T | | | | | |
| 19. -Agere Systems | | None | J | T | Purchased | 2/21 | J | | |
| 20. -Alcatel Lucent | | None | J | T | | | | | |
| 21. -Embarq Corp. | | None | J | T | Purchased | 5/18 | J | | Spinoff From Sprint Nextel |
| 22. -General Growth Prop. | | None | K | T | Purchased | 2/21 | J | | |
| 23. -Sally Beauty Holdings | | None | J | T | Merged | 11/17 | | | Merger from Alberto-Culver |
| 24. BROKERAGE ACCT #3 | | | | | | | | | |
| 25. -Best Buy Co. | | None | J | T | | | | | |
| 26. Intel Corp. (common) | | None | J | T | | | | | |
| 27. INVESTMENT CLUB | E | Dividend | N | T | | | | | |
| 28. -Bed Bath & Beyond | | | | | | | | | |
| 29. -Best Buy | | | | | | | | | |
| 30. -Home Depot | | | | | | | | | |
| 31. -Intel Corp | | | | | Sold | 7/17 | K | C | |
| 32. -Microsoft Corp. | | | | | | | | | |
| 33. -Proctor & Gamble | | | | | | | | | |
| 34. -Starbucks | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market
(See Column C2) Q =Appraisal | V =Other | S =Assessment
U =Book Value | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Viacom | | | | | Sold | 10/6 | J | | |
| 36.   -Honda Motor Co. | | | | | | | | | |
| 37.   -CVS Corp. | | | | | | | | | |
| 38.   -Dupont (El) De Nemou | | | | | | | | | |
| 39.   -Dow Chemical Co. | | | | | Sold | 12/1 | K | | |
| 40.   -Ingersoll-Rand Co. | | | | | | | | | |
| 41.   -Motorola Inc. | | | | | | | | | |
| 42.   -Apple Computer | | | | | Purchased | 11/6 | K | | |
| 43.   -Amgen Co. | | | | | Purchased | 6/2 | K | | |
| 44.   -China Mobile Ltd. | | | | | Purchased | 6/2 | K | | |
| 45.   -Stryker Corp. | | | | | Purchased | 4/7 | K | | |
| 46.   BROKERAGE ACCT. #4 | | | | | | | | | |
| 47.   -Bristol-Myers (common) | A | Dividend | J | T | | | | | |
| 48.   -Chevron Texaco Corp. (common) | A | Dividend | K | T | | | | | |
| 49.   -Intl Business Machines (common) | A | Dividend | K | T | | | | | |
| 50.   -Microsoft Corp. (common) | A | Dividend | K | T | | | | | |
| 51.   -Nokia Corp. (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Strattee Security (common) | | None | J | T | | | | | |
| 53. -Vodafone Group (common) | A | Dividend | K | T | | | | | |
| 54. -Zimmer Holdings (common) | | None | J | T | | | | | |
| 55. -Centennial Money Market | B | Int./Div. | K | T | | | | | |
| 56. BROKERAGE ACCT. 5 | | | | | | | | | |
| 57. -Centennial Money Market | D | Int./Div. | M | T | | | | | |
| 58. -Boeing Company (common) | D | Dividend | K | T | | | | | |
| 59. -Columbia Banking System (common) | D | Dividend | J | T | | | | | |
| 60. -Dell Inc. (common) | D | Dividend | | T | Sold | 4/21 | K | D | |
| 61. -Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 62. -Pfizer (common) | | None | | T | Sold | 2/21/ | J | | |
| 63. -Schlumberger (common) | D | Dividend | K | T | | | | | |
| 64. -Transocean (common) | B | Dividend | J | T | | | | | |
| 65. -New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 66. -Oppenheimer Main Str Mutual Fund | A | Dividend | K | T | | | | | |
| 67. -Wash Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 68. -Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Russell Frank Inv. Co. (mutual fund) | C | Dividend | M | T | | | | | |
| 70.  -Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | J | T | | | | | |
| 71.  -Wash St Go Coll Svgs Bds Ser | E | Distribution | | T | Matured | 6/1 | K | | |
| 72.  -Agere Systems (X) | | None | | T | Sold | 4/21 | J | | See Part VIII |
| 73.  -Avaya Inc. (X) | | None | | T | Sold | 4/21 | J | | See Part VIII |
| 74.  -Pierce Cty WA Sch Dist Sumner 320 Bond | A | Dividend | K | T | Purchased | 12/5 | K | | |
| 75.  -Chisholm Creek Util. | | Dividend | K | T | Purchased | 12/5 | K | | |
| 76.  -Montgomery Al School Bond | | Dividend | K | T | Purchased | 12/5 | K | | |
| 77.  -SF CA City & Cty AMBAC | | Dividend | K | T | Purchased | 12/5 | K | | |
| 78.  -Indiana Bond Bank Rev | | Dividend | K | T | Purchased | 12/5 | K | | |
| 79.  -Glouchester Cty NJ IMPT | | Dividend | K | T | Purchased | 12/5 | K | | |
| 80.  -Emerald Coast FL Utils | | Dividend | K | T | Purchased | 12/5 | K | | |
| 81.  -Wash Cty UT Sales | | Dividend | K | T | Purchased | 12/5 | K | | |
| 82.  BROKERAGE ACCT. 6 | | | | | | | | | |
| 83.  -Cisco Systems (common) | | None | J | T | | | | | |
| 84.  Dell Computer Corp. (common) | | None | J | T | | | | | |
| 85.  BROKERAGE ACCT. 7 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - A.G. Edwards Money Market | A | Int./Div. | J | T | | | | | |
| 87.   -Cisco Systems (common) | | None | J | T | | | | | |
| 88.   Dell Inc. (common) | | None | J | T | | | | | |
| 89.   Microsoft Corp. (common) | A | Dividend | J | T | | | | | |
| 90.   SCHWAB MONEY MARKET FUND | C | Dividend | L | T | | | | | |
| 91.   - Federated Muni Oppt (common) | | | | | | | | | |
| 92.   - Electronic Data Sys (common) | | | | | | | | | |
| 93.   - Kimberly-Clark (common) | | | | | | | | | |
| 94.   - Adobe Systems Inc. | | | | | | | | | |
| 95.   -Proctor & Gamble (common) | | | | | | | | | |
| 96.   - Qualcomm Inc. (common) | | | | | | | | | |
| 97.   - Qwest Comm (common) | | | | | | | | | |
| 98.   - AT&T Inc. | | | | | | | | | |
| 99.   - Starbucks (common) | | | | | | | | | |
| 100.  - Time Warner | | | | | | | | | |
| 101.  - Verizon Comm (common) | | | | | | | | | |
| 102.  - AIM Health Sciences Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - DWS Global Thematic (formerly Scudder Global) | | | | | Merger | 1/1 | K | | |
| 104.  - DWS Int'l Fund (formerly Scudder Intl Fund | | | | | Merger | 1/1 | K | | |
| 105.  - Neenah Paper Inc. | | | | | | | | | |
| 106.  IRA #3 | | | | | | | | | |
| 107.  - NASDAQ 100 Unit Ser 1 (common)- | | | | | Sold | | | | See Part VIII |
| 108.  - Schwab Money Market | | | | | Transferred | | | | See Part VIII |
| 109.  BURGESS FITZER PS 401K PS PLAN TRUST | | None | N | T | | | | | |
| 110.  Montclair Real Estate Ltd. Partnership, Fife, WA | D | Rent | | | Sold | 2/15 | N | | Charles Diesling |
| 111.  Evansville Retirement Residence Ltd. Partnership | D | Dividend | K | R | | | | | See Part VIII |
| 112.  US Bank, Tacoma, WA | A | Int./Div. | J | T | | | | | |
| 113.  King County Housing Authority Bond | E | Distribution | | T | Matured | 6/1 | J | | |
| 114.  University of Washington Bond | E | Distribution | | T | Matured | 6/1 | J | | |
| 115.  Vancouver Washington Housing Authiroty Bond | E | Distribution | | T | Matured | 6/1 | J | | |
| 116.  Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 117.  Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 118.  Columbia Acorn Fund-Z | | None | L | T | | | | | |
| 119.  Columbia Acord Fund-Z | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Columbia Acorn International Fund-Z | | None | K | T | | | | | |
| 121. Eoscene Series A Preferred | | None | K | T | | | | | |
| 122. Eoscene Series B Preferred | | None | J | T | | | | | |
| 123. Nine Audio Technologies | A | Dividend | J | T | | | | | |
| 124. Dreyfus Midcap Value Fund | | None | K | T | | | | | |
| 125. IRA #4 | | | | | | | | | |
| 126. - A.G. Edwards Cash & Money Fund | A | Dividend | J | T | | | | | |
| 127. - Capital Income Bldr Fund | B | Dividend | N | T | | | | | |
| 128. - Capital World Growth & Income Fund | A | Dividend | M | T | | | | | |
| 129. - Fundamental Investors (MF) | A | Dividend | M | T | | | | | |
| 130. - Growth Fund America (MF) | A | Dividend | L | T | | | | | |
| 131. - Income Fund of America (MF) | C | Dividend | N | T | | | | | |
| 132. - Investment Company America (MF) | A | Dividend | M | T | | | | | |
| 133. - New World Fund (MF) | A | Dividend | L | T | | | | | |
| 134. - Smallcap World Fund (MF) | A | Dividend | L | T | | | | | |
| 135. IRA NO. 5 | | | | | Opened | 1/5 | J | | |
| 136. - Centennial Money Market | | None | J | T | Opened | 1/5 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Capital Income Builder | A | Dividend | K | T | Purchased | 2/1 | K | | |
| 138.  - Capital World Growth | A | Dividend | J | T | Purchased | 2/1 | J | | |
| 139.  - Fundamanetal Invrs | A | Dividend | J | T | Purchased | 2/1 | J | | |
| 140.  - Growth Fund America | A | Dividend | J | T | Purchased | 2/1 | J | | |
| 141.  - Income Fund of America | A | Dividend | K | T | Purchased | 2/1 | K | | |
| 142.  - Inves. Co. America | A | Dividend | J | T | Purchased | 2/1 | J | | |
| 143.  - New World Fund | A | Dividend | J | T | Purchased | 2/1 | J | | |
| 144.  - Smallcap World Fund | A | Dividend | J | T | Purchased | 2/1 | J | | |
| 145.  BROKERAGE ACCT. 9 | | | | | Opened | 12/8 | | | |
| 146.  - Borders Group Inc. | | None | J | T | Purchased | 12/8 | J | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 73 - Agere originally purchased 4/21/98

Line 74-Avaya originally purchased 4/21/98

Line 107 - NASDAQ 100 Unit Ser 1 should have been listed as sold on 12/6/05, with a Value Code of K

Line 108 - Schwab Money Market should have been listed as transferred to IRA #4 on 11/21/05, with a Value Code of O.

Line 111 - Purchased 7/1/91 for $25,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮ Date ___May 14, 2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544